In the Matter of Application of CHARLES L. HUTCHINSON, Director of Probation, Erie County, for an Order to Destroy Certain Records.— Order for destruction of records entered. (Order entered June 28, 1973.)